**Andrew G. Patel**
Attorney-at-Law
80 Broad Street, Suite 1900
New York, New York 10004
apatel@apatellaw.com
Fax 646-304-6604                                              Telephone 212-349-0230

<u>**By ECF and Email**</u>

March 12, 2020

The Honorable J. Paul Oetken
United States District Judge
United States Courthouse
40 Centre Street
New York, NY 10007

                      Re:    <u>United States v. Jeffrey Estevez</u>
                               S1 18 Cr. 669 (JPO)

Dear Judge Oetken:

      This letter is respectfully submitted to request the following:

1. That the following schedule be set for filing of pretrial motions and trial of this matter:

        Defense Motions:      July 6, 2020
        Government Response: August 13, 2020
        Defense Replies:       August 17, 2020

        Trial:                      January 19, 2021

     This schedule is being proposed with the consent of counsel for the Government and all defense counsel, including Mr. Zachary Margulis-Ohnuma, Esq., counsel for Josue Sanchez, who was recently brought into this matter.

2. The parties also jointly respectfully request that, in light of the current health crisis, that Your Honor adjourn the conference currently scheduled for March 17, 2020, to a date after the motions have been filed

or such date as would be convenient for the Court.

Thank you for your consideration.

                                      Respectfully submitted,

                                      /s/Andrew Patel
                                      Andrew G. Patel

cc:    All Counsel by ECF

> The schedule proposed herein is so ordered.
> The March 17, 2020 conference is adjourned to July 9, 2020, at 11:00 am. Time is excluded through July 9, 2020, under the Speedy Trial Act, 18 USC 3161(h)(7)(A), the Court finding that the ends of justice outweigh the interests of the public and the defendants in a speedy trial.
>   So ordered.
>   March 16, 2020

                              J. PAUL OETKEN
                              United States District Judge