UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,

         -against-

JEFFREY ESTEVEZ., et al.

                Defendant.
-------------------------------------------------------------X

**Order**

**18 Cr. 669 (JPO)**

J. Paul Oetken, U.S.D.J.

Upon the application of the defendant, **Jeffrey Estevez, Id No. 86102-054**, through his attorneys, Michael D. Bradley, of Bradley Law Firm, PC and Margaret Shalley, for Temporary Release pursuant to 18 U.S.C. § 3152 and for other good cause having been shown:

Wherefore Jeffrey Estevez has moved this Court on the basis of his heightened risk for serious complications should he contract the COVID-19 virus, and

Wherefore Jeffrey Estevez is currently incarcerated and unable to transmit a release form through counsel, and

Wherefore time is of the essence;

**It is hereby ORDERED THAT**

notwithstanding any provision of the Health Insurance Accountability and Portability Act of 1996, the Metropolitan Correctional Center, New York, shall immediately disclose to counsel for Jeffrey Estevez, Michael D. Bradley and Margaret Shalley, any and all records in its possession relating to Mr. Estevez.

SO ORDERED.

Dated: New York, New York
April 14, 2020

                                                                       J. PAUL OETKEN
                                                                   United States District Judge