# EXHIBIT A

PAGE 03

W&O DRIVING SCHOOL    7185845165    04:40PM    05/11/2021



# PUBLIC SCHOOL 79

**This Certifies that** *Jeffrey Estevez*

has been a student in Public School 79 and has satisfactorily completed this course of instruction and has been examined and found duly qualified in the subjects of course and is hereby awarded this

# DIPLOMA

In Witness Whereof, we have hereunto affixed our signatures on this 28th day of June, 2005.

MS. Román
TEACHER

Ms. VeraMitchell
PRINCIPAL



05/11/2021    04:40PM    7185845165                    WAO DRIVING SCHOOL                    PAGE    04

# Certificate of Award

### This Certifies That

## Jeffrey Estevez

Has earned special recognition and is hereby granted this Certificate of Award for

## Math

In Witness Whereof our signatures are hereto affixed.

Given this __17th__ day of __June__ two thousand and __five__

Ms. E. Romai 5-506



*Community School District Ten*

# Certificate
## of
# Recognition

*Is Presented To*

**Jeffrey Estevez**

*for participation in the*

## 2003 *Districtwide Science Exposition*

Irma Zardoya
*Superintendent*
*Community School District Ten*

Cordell Schachter
*President*
*Community School Board Ten*

Judith Abel
*Director of Science*

Michele Frierson, Science Staff Developer
Faye Landsman, Science Staff Developer
Maria Rivera, Science Staff Developer

05/11/2021  04:40PM  7185845165  WAO DRIVING SCHOOL  PAGE 05



# UPER CIENTIST!

## December 20, 2007

Dear Parent/Guardian,

I am very excited to let you know that your child,

**Jeffrey Estevez**, received an <u>85% or higher</u> on his/her recent **Density & Buoyancy Quiz.** As a result, his/her name is now up on our "Super Scientists" board in the classroom! Congratulations to both you and your child for all his/her hard work in Science Class and his/her big successes! I am very proud of all of my **Super Scientists,** and I know you are, too!

With Pride,

*Ms. McGonegle*

Ms. McGonegle

**96%**





# New York Peace of Mind

## Writing Contest

## 2nd Prize Winner

P.S. 79 congratulates

*Jeffrey Estevez*

for demonstrating excellence in writing.

March 14, 2003

Teacher

Ms. Mitchell, Principal

05/11/2021  04:40PM  7185845165    WAO DRIVING SCHOOL    PAGE 08



# Public School 79

## Excellence in Reading

this certificate is presented to:

Jeffrey Estevez

_____
Principal

_____
Teacher